UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
OLGA QUINTANA,

                      Plaintiff,          ECF CASE

        v.                             NOTICE OF APPEARANCE

                                        Case No.
UNITED BUILDING MAINTENANCE, INC.,    11 CIV. 5708 (DLC)

                    Defendant.
------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that **CRAIG HANLON** should be added as counsel of record on behalf of The Law Offices of Fausto E. Zapata, Jr., P.C., attorneys for Plaintiff OLGA QUINTANA, effective September 2, 2011.

Dated: September 2, 2011

                                                      The Law Offices of
                                                      Fausto E. Zapata, Jr., P.C.
                                                      Attorneys for Plaintiff
                                                      277 Broadway, Suite 501
                                                      New York, NY 10007
                                                      Tel. (212) 766-9870

                                                      By: _____
                                                      Craig Hanlon (CH 5679)