Form 19 - SECRETARY OF STATE                                                                                                    SR

FAUSTO E. ZAPATA JR. PC   FAUSTO E. ZAPATA JR. PC

U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

------------------------------------------------------------    index No. **11 CIV. 5708**
                                                                          **(DLC)**
OLGA QUINTANA
                                                    PLAINTIFF    Date Filed

                          - against -

UNITED BUILDING MAINTENANCE ASSOCIATES, INC.
                                                    DEFENDANT    Office No.
------------------------------------------------------------                Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action. That on the **16TH** day of **SEPTEMBER, 2011** at **10:15 AM** at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**SUMMONS AND AMENDED COMPLAINT, JUDGES RULES,**
**UPON: UNITED BUILDING MAINTENANCE ASSOCIATES, INC.**
the **DEFENDANT** in this action, by delivering to and leaving with
**DONNA CHRISTIE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00. That said service was made pursuant to Section 306 BCL.

Deponent further describes the person actually served as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BLONDE**
APP.AGE: **40** APP. HT: **5/5** WEIGHT: **145**
OTHER IDENTIFYING FEATURES:

COMMENTS:

SWORN TO BEFORE ME THIS
21ST day of SEPTEMBER, 2011

KENNETH WISSNER
Notary Public, NEW YORK                       STEVE AVERY
01WI4714130                                   AETNA JUDICIAL SERVICE INC
Qualified in NEW YORK                         225 BROADWAY, SUITE 1802
Commission Expires 03/30/2014                 NEW YORK, NY, 10007
                                              Reference No: 3-FEZ-160250