UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
OLGA QUINTANA,

       Plaintiff,

v.                                                                   11 CV 5708 (DLC)

UNITED BUILDING MAINTENANCE
ASSOCIATES, INC.,

       Defendant.
------------------------------------------------------------------x

**DISCLOSURE OF INTERESTED PARTIES PURSUANT TO F.R.C.P. 7.1**

       Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendant UNITED BUILDING MAINTENANCE ASSOCIATES, INC., states it has no parents company and is not publicly traded company or the subsidiary or affiliate of any publicly traded company.

Dated: New York, New York
      October 11, 2011

                                           Yours, etc.,

                                           LAW OFFICES OF HARRY WEINBERG
                                               //s//
                                           By: _____
                                           HARRY WEINBERG (HW 0574)
                                           Attorney for Defendant
                                           292 Madison Avenue – 16th Floor
                                           New York, N.Y.  10017
                                           (212) 889-4100

TO:    Fausto E. Zapata, Jr. P.C.
         Attorneys for Plaintiff
         277 Broadway, Suite 501
         New York, N.Y.  10007